# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| Evexias Medical Centers, PLLC, *et al.*, <br><br>    Plaintiffs, <br><br> v. <br><br> U.S. Food and Drug Administration, *et al.*, <br><br>    Defendants. | No. 4:24-cv-00293-O |

## JOINT MOTION TO STAY PROCEEDINGS REGARDING PLAINTIFFS' THIRD CAUSE OF ACTION

Pursuant to Federal Rule of Civil Procedure 7(b), the parties jointly move to stay proceedings regarding Plaintiffs' Third Cause of Action pending further order of the Court. For the reasons discussed below, the proposed stay would conserve the resources of the Court and the parties.

Plaintiffs' Third Cause of Action, *see* Compl. ¶¶ 78-85, alleges that Defendant U.S. Food and Drug Administration ("FDA" or "the agency") has unreasonably delayed deciding whether to add the bulk drug substances ("BDSs") AOD-9604, CJC-1295, ipamorelin acetate, and Thymosin Alpha-1 (collectively, "the Subject BDSs") to FDA's regulation implementing 21 U.S.C. § 353a(b)(1)(A)(i)(III), which is codified at 21 C.F.R. § 216.23(a) and known as the "Section 503A Bulks List."

Under the Federal Food, Drug, and Cosmetic Act, before FDA can "issu[e] regulations to implement [the Section 503A Bulks List]," the agency generally must "convene and consult an advisory committee on compounding." 21 U.S.C. § 353a(c)(1). FDA has announced that it has scheduled meetings of the Pharmacy Compounding Advisory Committee ("PCAC") on October

29, 2024 and December 4, 2024. *See* FDA, *2024 Meeting Materials, Pharmacy Compounding Advisory Committee* (last updated Aug. 30, 2024), https://www.fda.gov/advisory-committees/pharmacy-compounding-advisory-committee/2024-meeting-materials-pharmacy-compounding-advisory-committee. During those meetings, FDA will, *inter alia*, consult the PCAC regarding whether the Subject BDSs should be included on the Section 503A Bulks List. After consulting the PCAC, FDA intends to proceed expeditiously with issuing a notice of proposed rulemaking and a final rule determining whether the Subject BDSs will be included on the Section 503A Bulks List.

In light of the agency's announcement regarding the upcoming PCAC meetings, the parties believe that a stay of proceedings regarding Plaintiffs' Third Cause of Action will conserve the time and resources of the Court and parties by averting litigation that may prove unnecessary. Accordingly, the parties jointly request that the Court enter the attached proposed order staying proceedings regarding Plaintiffs' Third Cause of Action. If entered, that order will (1) stay proceedings on Plaintiffs' Third Cause of Action pending further order of the Court, (2) direct the parties to confer within 90 days of the PCAC announcing its recommendations regarding all four Subject BDSs, and (3) direct the parties to file a joint status report within 15 days of their conference proposing a schedule for further proceedings on Plaintiffs' Third Cause of Action.

[Signatures on Following Page]

September 18, 2024

/s/ *Tyler G. Doyle (with permission)*
TYLER G. DOYLE
Texas Bar No. 24072075
BAKER & HOSTETLER LLP
811 Main Street, Suite 1100
Houston, TX 77002
Telephone: (713) 646-1374
Facsimile: (713) 751-1717
tgdoyle@bakerlaw.com

ANDREW M. GROSSMAN (admitted *pro hac vice*)
LEE H. ROSEBUSH (admitted *pro hac vice*)
KRISTIN A. SHAPIRO (admitted *pro hac vice*)
MARC N. WAGNER (admitted *pro hac vice*)
BAKER & HOSTETLER LLP
1050 Connecticut Ave., N.W., Suite 1100
Washington, D.C. 20036
(202) 861-1697
agrossman@bakerlaw.com

*Attorneys for Plaintiffs EVEXIAS Medical Centers, PLLC, EVEXIAS Health Solutions, LLC, and North American Custom Laboratories, LLC, d/b/a FarmaKeio Custom Compounding*

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BURDEN H. WALKER
Acting Deputy Assistant Attorney General

AMANDA N. LISKAMM
Director

LISA K. HSIAO
Senior Deputy Director

HILARY K. PERKINS
Assistant Director

/s/ *Gabriel I. Schonfeld*
GABRIEL I. SCHONFELD
DAVID H. HIXSON
Trial Attorneys
Consumer Protection Branch
Civil Division
U.S. Department of Justice
P.O. Box 386
Washington, DC 20044-0386
(202) 449-8070 (Hixson)
(202) 353-1531 (Schonfeld)
(202) 514-8742 (fax)
david.h.hixson@usdoj.gov
gabriel.i.schonfeld@usdoj.gov

OF COUNSEL:

SAMUEL R. BAGENSTOS
General Counsel
U.S. Department of Health and Human Services

MARK RAZA
Chief Counsel

WENDY VICENTE
Deputy Chief Counsel, Litigation

ARAVIND SREENATH
Associate Chief Counsel
Office of the Chief Counsel
U.S. Food and Drug Administration
10903 New Hampshire Avenue

3

White Oak 31
Silver Spring, MD 20993-0002

*Counsel for Defendants U.S. Food and Drug Administration, et al.*

4

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 18, 2024, a copy of the foregoing was filed electronically via the Court's ECF system, which effects service upon counsel of record.

                                                   */s/ Gabriel I. Schonfeld*
                                                   GABRIEL I. SCHONFELD