## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| Evexias Medical Centers, PLLC, *et al.*, | |
| Plaintiffs, | |
| v. | No. 4:24-cv-00293-O |
| U.S. Food and Drug Administration, *et al.*, | |
| Defendants. | |

## JOINT STATUS REPORT REGARDING FURTHER PROCEEDINGS ON PLAINTIFFS' THIRD CAUSE OF ACTION

On March 14, 2025, the Court entered an Order (1) continuing the stay of Plaintiffs' Third Cause of Action, (2) directing FDA to confer with Plaintiffs within 90 days "regarding FDA's planned schedule for rulemaking that decides whether to add the Subject BDSs to the Section 503A Bulks List," and (3) requiring the parties to file a joint status report within 30 days of their conference "advising the Court whether further proceedings are necessary to resolve Plaintiffs' Third Cause of Action and, if so, proposing a schedule for such further proceedings." ECF No. 39. The parties now respectfully submit the following joint status report.

In accordance with the Court's Order, FDA conferred via videoconference with Plaintiffs regarding the agency's planned rulemaking schedule. Following their initial conference, the parties have continued to confer regularly by videoconference and email, and they have exchanged multiple proposals regarding the timing of the rulemaking and related matters. The parties remain in active negotiations and seek an additional 21 days to determine whether they are able to resolve Plaintiffs' Third Cause of Action without the need for further litigation.

Accordingly, the parties propose that the Court enter an order that:

(1) All proceedings on Plaintiffs' Third Cause of Action remain stayed pending further order of the Court.

(2) Within 21 days of the date of this status report, the parties shall file with the Court a joint status report advising the Court whether further proceedings are necessary to resolve Plaintiffs' Third Cause of Action and, if so, proposing a schedule for such further proceedings.

July 11, 2025                                          Respectfully submitted,

<table>
<tr><td>

*/s/ Tyler G. Doyle*

TYLER G. DOYLE
Texas Bar No. 24072075
BAKER & HOSTETLER LLP
811 Main Street, Suite 1100
Houston, TX 77002
Telephone: (713) 646-1374
Facsimile: (713) 751-1717
tgdoyle@bakerlaw.com

ANDREW M. GROSSMAN (admitted *pro hac vice*)
LEE H. ROSEBUSH (admitted *pro hac vice*)
KRISTIN A. SHAPIRO (admitted *pro hac vice*)
MARC N. WAGNER (admitted *pro hac vice*)
BAKER & HOSTETLER LLP
1050 Connecticut Ave., N.W., Suite 1100
Washington, D.C. 20036
(202) 861-1697
agrossman@bakerlaw.com

*Attorneys for Plaintiffs EVEXIAS Medical Centers, PLLC, EVEXIAS Health Solutions, LLC, and North American Custom Laboratories, LLC, d/b/a FarmaKeio Custom Compounding*

</td><td>

*/s/ David H. Hixson*

DAVID H. HIXSON
Trial Attorney
Consumer Protection Branch
Civil Division
U.S. Department of Justice
P.O. Box 386
Washington, DC 20044-0386
(202) 449-8070
(202) 514-8742 (fax)
david.h.hixson@usdoj.gov

*Counsel for Defendants U.S. Food and Drug Administration, et al.*

</td></tr>
</table>

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2025, a copy of the foregoing was filed electronically via the Court's ECF system, which effects service upon counsel of record.

*/s/ David H. Hixson*
DAVID H. HIXSON