UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| Evexias Medical Centers, PLLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. Food and Drug Administration, *et al.*, <br><br> Defendants. | No. 4:24-cv-00293-O |

**JOINT STATUS REPORT REGARDING FURTHER PROCEEDINGS ON PLAINTIFFS' THIRD CAUSE OF ACTION**

Plaintiffs' Third Cause of Action, which is the sole remaining claim in this lawsuit, alleges that the Food and Drug Administration ("FDA") has unlawfully withheld or unreasonably delayed determining whether the four bulk drug substances at issue in this lawsuit should be added to the regulations identifying bulk drug substances that may be used in compounding under 21 U.S.C. § 353a(b)(1)(A)(i)(III), (c)(2) (the "Section 503A Bulks List"). On July 14, 2025, the Court entered an Order (ECF No. 42) that (1) continued the stay of Plaintiffs' Third Cause of Action pending further order of the Court; and (2) directed the parties to file a joint status report by August 1, 2025 advising the Court whether further proceedings are necessary to resolve Plaintiffs' Third Cause of Action and, if so, proposing a schedule for such further proceedings. The parties respectfully submit the following joint status report.

The parties have reached an understanding in principle that would resolve this matter without further litigation. The parties have begun the process of finalizing their understanding and expect that process to conclude within a matter of days. To permit the parties additional time to complete that process, the parties respectfully request that the Court enter an order continuing

the stay of proceedings on Plaintiffs' Third Cause of Action until August 11, 2025 and directing the parties to file a joint status report by that date.

| | |
|---|---|
| August 1, 2025 | Respectfully submitted, |
| */s/ Tyler G. Doyle (with permission)* | */s/ David H. Hixson* |
| TYLER G. DOYLE | DAVID H. HIXSON (Ill. Bar No. 6289751) |
| Texas Bar No. 24072075 | Trial Attorney |
| BAKER & HOSTETLER LLP | Consumer Protection Branch |
| 811 Main Street, Suite 1100 | Civil Division |
| Houston, TX 77002 | U.S. Department of Justice |
| Telephone: (713) 646-1374 | P.O. Box 386 |
| Facsimile: (713) 751-1717 | Washington, DC 20044-0386 |
| tgdoyle@bakerlaw.com | (202) 449-8070 |
| | (202) 514-8742 (fax) |
| ANDREW M. GROSSMAN (admitted *pro hac vice*) | david.h.hixson@usdoj.gov |
| LEE H. ROSEBUSH (admitted *pro hac vice*) | |
| KRISTIN A. SHAPIRO (admitted *pro hac vice*) | *Counsel for Defendants U.S. Food and* |
| MARC N. WAGNER (admitted *pro hac vice*) | *Drug Administration, et al.* |
| BAKER & HOSTETLER LLP | |
| 1050 Connecticut Ave., N.W., Suite 1100 | |
| Washington, D.C. 20036 | |
| (202) 861-1697 | |
| agrossman@bakerlaw.com | |

*Attorneys for Plaintiffs EVEXIAS Medical Centers, PLLC, EVEXIAS Health Solutions, LLC, and North American Custom Laboratories, LLC, d/b/a FarmaKeio Custom Compounding*

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 1, 2025, a copy of the foregoing was filed electronically via the Court's ECF system, which effects service upon counsel of record.

                                                */s/ David H. Hixson*
                                                DAVID H. HIXSON