## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| Evexias Medical Centers, PLLC, *et al.*,<br><br>                        Plaintiffs,<br><br>    v.<br><br>U.S. Food and Drug Administration, *et al.*,<br><br>                        Defendants. | No. 4:24-cv-00293-O |

## JOINT STATUS REPORT REGARDING FURTHER PROCEEDINGS ON PLAINTIFFS' THIRD CAUSE OF ACTION

Plaintiffs' Third Cause of Action, which is the sole remaining claim in this lawsuit, alleges that the Food and Drug Administration ("FDA") has unlawfully withheld or unreasonably delayed determining whether the four bulk drug substances at issue in this lawsuit should be added to the regulations identifying bulk drug substances that may be used in compounding under 21 U.S.C. § 353a(b)(1)(A)(i)(III), (c)(2) (the "Section 503A Bulks List"). On August 4, 2025, the Court entered an Order that (1) continued the stay of Plaintiffs' Third Cause of Action; and (2) directed the parties to file a joint status report by August 11, 2025. *See* ECF No. 44. The parties respectfully submit the following joint status report.

FDA has informed Plaintiffs that, by the end of February 2027, the agency expects to submit to the Office of the Federal Register for publication a final rule that addresses the

placement of the four bulk drug substances at issue in this lawsuit on FDA's Section 503A Bulks List regulation.[1]

Accordingly, the parties respectfully request that the Court enter an order that:

(1) Directs the parties to file a joint status report within fourteen (14) days after FDA's final rule is published in the Federal Register or by March 14, 2027, whichever is earlier; and

(2) Administratively closes this case without prejudice to either party moving to reopen the case at any time.

* * *

---

[1] The parties recognize that issuance of the final rule is subject to the fiscal and procurement laws and regulations of the United States. The possibility exists that circumstances outside the reasonable control of FDA could delay issuance of the final rule beyond February 28, 2027, including, but not limited to, a lapse in appropriations.

August 18, 2025

Respectfully submitted,

/s/ Tyler G. Doyle
TYLER G. DOYLE
Texas Bar No. 24072075
BAKER & HOSTETLER LLP
811 Main Street, Suite 1100
Houston, TX 77002
Telephone: (713) 646-1374
Facsimile: (713) 751-1717
tgdoyle@bakerlaw.com

ANDREW M. GROSSMAN (admitted *pro hac vice*)
LEE H. ROSEBUSH (admitted *pro hac vice*)
KRISTIN A. SHAPIRO (admitted *pro hac vice*)
MARC N. WAGNER (admitted *pro hac vice*)
BAKER & HOSTETLER LLP
1050 Connecticut Ave., N.W., Suite 1100
Washington, D.C. 20036
(202) 861-1697
agrossman@bakerlaw.com

*Attorneys for Plaintiffs EVEXIAS Medical
Centers, PLLC, EVEXIAS Health Solutions, LLC,
and North American Custom Laboratories, LLC,
d/b/a FarmaKeio Custom Compounding*

/s/ David H. Hixson
DAVID H. HIXSON (Ill. Bar No. 6289751)
Trial Attorney
Consumer Protection Branch
Civil Division
U.S. Department of Justice
P.O. Box 386
Washington, DC 20044-0386
(202) 449-8070
(202) 514-8742 (fax)
david.h.hixson@usdoj.gov

*Counsel for Defendants U.S. Food and
Drug Administration, et al.*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2025, a copy of the foregoing was filed electronically via the Court's ECF system, which effects service upon counsel of record.

*/s/ David H. Hixson*
DAVID H. HIXSON